In the United States District Court
Middle District of Georgia
Macon Division

Rico LaMar Ballard          | Civil Action
    #886719                 |
    -v-                     | #
                            | _____
Warden George Ivey          |
(2) Deputy Warden Stanford  |
(3) Lt. Sally ;; (4) Lt. Harrison |
(5) Unit Manager Grier      |
All Sued In their Individual |
and Official Capacity       |

# SUMMONS

to the listed Individuals - Defendants:
Warden George Ivey; Deputy Warden Stanford
;; Lt. Sally; Lt. Harrison; Unit Manager Grier
;; ~~xxxxxxxxxxxxxxxxxxxxxxxxxx~~ Hancock State Prison
P.O. Box 339 ;; Sparta GA 31087
        You are Hereby summoned and Required
to serve upon Plaintiff whose address is
Rico LaMar Ballard #886719 Hancock state
P.O. Box 339 ;; Sparta GA 31087 An answer
to the complaint which is herewith served
upon you within 20 days after service

of this SUMMONS UPON YOU, EXCLUSIVE of the DAY OF SERVICE or 60 DAYS" IF THE US GOVERNMENT or OFFICER /AGENT THEREOF IS A DEFENDANT.. IF YOU FAIL TO do SO JUDGMENT BY DEFAULT will BE TAKEN AGAINST YOU FOR the RELIEF DEMANDED IN THE COMPLAINT...

CLERK OF THE COURT

_____

this the 18th DAY OF AUGUST 2025

Rico L. Ball          886719
RICO L. BALLARD    886719
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT I HAVE THIS DAY DEPOSITED A ACCURATE COPY OF THE FOREGOING SUMMONS IN THE US MAIL WITH AFFIXED POSTAGE AND ADDRESSED AND SERVED UPON THE OPPOSITE PARTIES THROUGH THIS HONORABLE COURT AT:

(1) OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 128
MACON, GA 31202

(2) WARDEN GEORGE IVEY... DEPUTY WARDEN STANFORD
... LT. SALLY ... LT. HARRISON
UNIT MANAGER GRIER
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

THIS THE 18TH DAY OF AUGUST 2025

Rico L Ball 886719
RICO L. BALLARD 886719
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31089