CLERK                                    8-18-25

RECVD.AUG26.25AM10:20
MDGA-MAC

PLEASE FIND ENCLOSED a MOTION/
AUTHORIZATION FOR DISBURSEMENT OF FUNDS-
SUMMONS AND A 42 USC 1983 I would
like FOR FILED IN YOUR HONORABLE COURT

PLEASE BE ADVISED TWAT I AM

PROVIDING YOU all WITH THE APPROVAL

AND/OR AUTHORIZATION TO WITHDRAW

$405.00 dollars FROM MY INMATE

-STIMULUS ACCOUNT TO PROCESS FILING

THE ENCLOSED 42 USC 1983

                              RICO L BALL
                    RICO L. BALLARD  886719
                    HANCOCK STATE PRISON
                    P.O. Box 339
                    SPARTA, GA 31087