Case 5:25-cv-00362-CAR-AGH    Document 1-3    Filed 08/26/25    Page 1 of 1

Mr. Rico Ballard #886719
Hancock State Prison
P.O. Box 339
Sparta Ga 31087



Office of the Clerk
United States District Court
Middle District of Georgia
P.O. Box 128
Macon, Ga 31202-0128

RECVD'AUG26'25AM10:19
MDGA-MAC