IN THE UNIUNITED STATES ET ALTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICO LAMAR BALLARD,　　　　　　　　　　*

　　　　　　Plaintiff,　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　Case No.　5:25-cv-00362-CAR-AGH

　　　　　　　　　　　　　　　　　　*

WARDEN GEORGE IVEY et al,

　　　　　　　　　　　　　　　　　　*

　　　　　　Defendants.

　　　　　　　　　　　　　　　　　　*
_____

## J U D G M E N T

Pursuant to this Court's Order dated April 9, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of April, 2026.

　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　s/ Erin Pettigrew, Deputy Clerk